**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUAN TERREROS, <br><br>                Plaintiff, <br><br>    v. <br><br> UNITED STATES OF AMERICA, <br><br>                Defendant. | Case No. 22-cv-3803 (JMC) |

## <u>ORDER</u>

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion to dismiss, ECF 8, is **GRANTED**, and this case is **DISMISSED**. It is further **ORDERED** that Defendant's request in the alternative to transfer the case, ECF 8, is **DENIED** as moot.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 31, 2026

1